| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Roberts, Jr., John G. | 2. Court or Organization<br><br>Supreme Court of the U.S. | 3. Date of Report<br><br>05/11/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Chief Justice | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>One First Street, NE<br>Washington, DC 20543 | | |

*IMPORTANT NOTES:* The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Insert signature on last page.

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr., John G. | 05/11/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 08/04/2011 | Pennsylvania State University | $15,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Major, Lindsey & Africa, LLC -- Attorney Search Consultants -- Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | S. J. Quinney College of Law | 04/04-06/2011 | Salt Lake City, Utah | Presided over Traynor Moot Court; met with students in law class; | Air transportation, meals, and lodging |
| 2. | | | | met with participants in law school outreach program. | |
| 3. | Pennsylvania State University | 07/09-21/2011 | Florence, Italy | Taught eight-day course on The U.S. Supreme Court - Historical Perspective | Air transportation, meals, and lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr., John G. | 05/11/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr., John G. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Time Warner (TWX) | C | Dividend | M | T | | | | | |
| 2. Dell (Common) | | None | L | T | | | | | |
| 3. Freddie Mac (Common) | | None | J | T | | | | | |
| 4. Hewlett-Packard (Common) | A | Dividend | K | T | | | | | |
| 5. Hillenbrand (Common) | A | Dividend | J | T | | | | | |
| 6. Hill-Rom Holdings, Inc. | A | Dividend | J | T | | | | | |
| 7. Intel (Common) | C | Dividend | L | T | | | | | |
| 8. Microsoft (Common) | D | Dividend | M | T | | | | | |
| 9. Nokia (Common) | A | Dividend | J | T | | | | | |
| 10. Novellus (Common) | | None | J | T | | | | | |
| 11. Texas Instruments (Common) | B | Dividend | M | T | | | | | |
| 12. TMO (Common) | | None | L | T | | | | | |
| 13. Sirius XM Radio (Common) | | None | L | T | | | | | |
| 14. Washington REIT | A | Dividend | K | T | | | | | |
| 15. Am Cent Gr Fund | A | Dividend | J | T | | | | | |
| 16. Davis Real Est Class A, See Section VIII | | None | K | T | | | | | |
| 17. Fidelity Contrafund Fund "K" | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr., John G. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. NB Kaminsky II | | None | J | T | | | | | |
| 19. Fidelity Low Priced Stock "K" Fund | E | Dividend | N | T | | | | | |
| 20. Fidelity Spartan 500 Index INST | D | Dividend | N | T | | | | | |
| 21. Fidelity Growth Company "K" Fund | B | Dividend | L | T | | | | | |
| 22. Fidelity Overseas "K" Fund | C | Dividend | M | T | | | | | |
| 23. Fidelity Select Energy Fund | | None | K | T | | | | | |
| 24. Fidelity Managed Income Portfolio (no control) | B | Dividend | L | T | | | | | |
| 25. Fidelity Retirement Money Market | A | Dividend | L | T | | | | | |
| 26. Mutual Series Beacon Class Z, See Section VIII | A | Dividend | J | T | | | | | |
| 27. Mutual Series Global Discovery Z, See Section VIII | A | Dividend | J | T | | | | | |
| 28. Janus Ent Fund | | None | K | T | | | | | |
| 29. Janus Fund | A | Dividend | K | T | | | | | |
| 30. Janus WW Fund | A | Dividend | K | T | | | | | |
| 31. BlackRock International Fund | A | Dividend | L | T | | | | | |
| 32. Lord Abbett Dev Gr Fund | | None | K | T | | | | | |
| 33. Putnam Multi-Cap Growth Fund | | None | J | T | | | | | |
| 34. Putnam Voyager Fund | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr., John G. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Columbia Seligman | | None | K | T | | | | | |
| 36. Torray Fund | B | Dividend | M | T | | | | | |
| 37. TR Price Euro Stock Fund | A | Dividend | J | T | | | | | |
| 38. TR Price SCi & Tech Fund | | None | J | T | | | | | |
| 39. Vanguard Int'l Gr Fund | C | Dividend | M | T | | | | | |
| 40. Vanguard Sm Cap Index Fund | B | Dividend | M | T | | | | | |
| 41. Ing Em Countries A Fund | | None | M | T | | | | | |
| 42. MTB Money Mkt account | A | Dividend | L | T | | | | | |
| 43. Fidelity Cash Reserves | A | Dividend | L | T | | | | | |
| 44. C. Schwab Money Mkt Fund | A | Dividend | J | T | | | | | |
| 45. C. Schwab Muni M. Fund | A | Dividend | L | T | | | | | |
| 46. Wells Fargo account, See Section VIII | A | Interest | J | T | | | | | |
| 47. Capital One, Inc. | A | Interest | M | T | | | | | |
| 48. 1/8 int. cottage, Knocklong, Co. Limerk., IRE, See Sec. VIII | B | Rent | K | W | | | | | |
| 49. TR Price Prime Res Fund | | None | J | T | | | | | |
| 50. Blackrock S&P Index Fund, See Section VIII | C | Dividend | M | T | | | | | |
| 51. SPDR S&P Midcap 400 ETF TR Unit Ser 1, See Section VIII | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr., John G. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Utah Educ. Svgs Plans, See Section VIII | D | Dividend | N | T | | | | | |
| 53. Pillsbury Winthrop Ret. Plan Fid.Mgd.Inc.Part II (bond fund) | A | Dividend | K | T | | | | | |
| 54. Allegis Group Ret. Plan (no control) | | None | K | T | | | | | |
| 55. Time Warner Cable | B | Dividend | L | T | | | | | |
| 56. AOL | | None | J | T | | | | | |
| 57. Ares Capital (Y) | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr., John G. | 05/11/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 16, Part VII.  Name change -- formerly Davis Ser Real Est Fund.

Line 20, Part VII.  Corporate exchange only.  Spartan 500 Index INV exchanged for Spartan 500 Index on INST June 15, 2011.

Line 26, Part VII.  Name change -- formerly Mutual Beacon Z.

Line 27, Part VII.  Name change -- formerly Mutual Discovery Class Z Mutual Fund.

Line 31, Part VII.  BlackRock International Value Fund was reorganized on August 12, 2011 into the BlackRock International Fund.

Line 46, Part VII.  Name change -- formerly Wachovia, A Wells Fargo Company.

Line 48, Part VII.  Income and value represent pro rata share of cottage in Knocklong, County Limerick, Ireland.

Line 50, Part VII.  Name change -- formerly BlackRock S&P.

Line 51, Part VII.  Name change -- formerly Midcap SPDR Tr Series 1.

Line 52, Part VII.  UESP Underlying Funds -- Institutional Index; Mid-Cap Index; Small-Cap Index; Total International Stock Index.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John G. Roberts, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544